UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF CEMENT MASONS'
PENSION TRUST FUND –
DETROIT & VICINITY, *et al.*,

        Plaintiffs,                       Case No. 22-cv-11600

v.                                  Hon. Matthew F. Leitman

PRSUS, INC.

        Defendant.

_____/

## ORDER REQUIRING PLAINTIFFS TO SERVE DEFENDANT WITH NOTICE OF HEARING

On September 8, 2022, Plaintiffs filed a motion for a default judgment against Defendant Prsus, Inc. (*See* Mot., ECF No. 6.)  The Court has now issued a Notice of Hearing setting Plaintiffs' motion for Zoom video hearing on **February 6, 2013**, at **11:00 a.m**. (*See* Notice of Hearing, ECF No. 9.)

By no later than **January 9, 2023**, Plaintiffs shall serve Prsus with (1) the Notice of Hearing, (2) this order, and (3) a proposed default judgment.

In addition, by no later than **January 9, 2023**, Plaintiffs shall file a Certificate of Service on the docket confirming that they have served Prsus with these documents.

Finally, by no later than **January 9, 2023**, Plaintiffs shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
