UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF CEMENT MASONS'
PENSION TRUST FUND -
DETROIT & VICINITY, et al.,

      Plaintiffs,                         Case No. 22-cv-11600
                                         Hon. Matthew F. Leitman

v.

PRSUS INC,

      Defendant.
_____/

**JUDGMENT FOR PLAINTIFFS**

This matter having been heard to Plaintiffs' Motion for Default Judgment and the Court having decided to grant said Motion pursuant to FED.R.CIV.P. 55(b)

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that

    A.    Defendant PRSUS Inc is contractually obligated to the Cement Masons' Funds pursuant to the collective bargaining agreements it entered into with the Cement Masons Union;

    B.    PRSUS Inc is ordered to specifically perform according to the provisions of such collective bargaining agreements;

1

  C. Upon request, PRSUS Inc is ordered to submit to the Cement Masons' Funds any and all books and records needed by the Cement Masons' Funds to determine the amount of its indebtedness, and

  D. Upon submission of a motion to amend, the Cement Masons' Funds shall be awarded the amount of PRSUS Inc's indebtedness, as ascertained by the above audit, plus liquidated damages, statutory interest, costs and attorney fees.

        /s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: February 6, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 6, 2023, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126