UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF CEMENT MASONS'
PENSION TRUST FUND –
DETROIT & VICINITY, *et al.*,

      Plaintiffs,

v.

PRSUS, INC.

      Defendant.

Case No. 22-cv-11600
Hon. Matthew F. Leitman

_____/

**ORDER (1) DIRECTING DEFENDANT'S PRESIDENT, ALEC ALTMAN, TO PERSONALLY APPEAR FOR MOTION HEARING ON PLAINTIFFS' MOTION FOR CONTEMPT (ECF No. 15) AND (2) DIRECTING PLAINTIFFS TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON DEFENDANT AND ALTMAN**

On February 6, 2023, this Court entered a judgment in favor of Plaintiffs and against Defendant PRSUS, Inc. (*See* Order, ECF No. 13.)  The Judgment ordered PRSUS "to submit to [Plaintiffs] any and all books and records needed by the [Plaintiffs] to determine the amount of [their] indebtedness." (*Id.*, PageID.34.) Plaintiffs say that pursuant to the Judgment, they "served Alec Altman, [PRSUS'] President, with a copy of the [] Judgment and asked that [PRSUS] comply with the Judgment by submitting to [their counsel's] attention, as soon as possible, missing reports and contributions for the work done by PRSUS in the State of Michigan in 2021 and 2022." (Mot., ECF No. 15, PageID.37.)  Plaintiffs insist that Altman has

1

ignored that request and has not turned over any of the requested documents. Accordingly, on May 17, 2023, Plaintiffs filed a motion in which they asked the Court to hold PRSUS and Altman in contempt "for having failed or refused to comply with this Court's Judgment." (*Id.*, PageID.38.)

The Court has scheduled an in-person hearing on Plaintiffs' motion for Tuesday, September 26, 2023, at 1:00 p.m. (*See* Notice of Hearing, ECF No. 17.) The Court **ORDERS** Plaintiff's counsel *and* Altman to each ***personally attend*** the hearing on the motion for contempt.

By no later than **August 25, 2023**, Plaintiffs shall personally serve PRSUS and Altman with (1) their motion for contempt (ECF No. 16)[1], (2) the Notice of Hearing on the motion, and (3) this order. In addition, by no later than **August 25, 2023**, Plaintiffs shall file a proof of service on the docket confirming that they have personally served PRSUS and Altman with the documents identified above.

**IT IS SO ORDERED**.

Dated: August 8, 2023

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that it appears Plaintiffs already served PRSUS with its motion for contempt. (*See* Proof of Service, ECF No. 16.) Out of an abundance of caution, the Court directs Plaintiff to serve PRSUS and Altman with the motion (and other documents described above) a second time.

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 8, 2023, by electronic means and/or ordinary mail.

               s/Holly A. Ryan
               Case Manager
               (313) 234-5126