UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of
CEMENT MASONS' PENSION TRUST FUND -
DETROIT & VICINITY; BRICKLAYERS &
TROWEL TRADES INTERNATIONAL PENSION FUND;
CEMENT MASONS' VACATION & HOLIDAY TRUST
FUND - DETROIT & VICINITY; BAC OF MICHIGAN
HEALTH & WELFARE FUND; BRICKLAYERS
& TROWEL TRADES INTERNATIONAL
RETIREMENT SAVINGS PLAN; and BRICKLAYERS
INTERNATIONAL MASONRY INSTITUTE,

    Plaintiffs,
v.                                              Case No. 22-cv-11600
                                                             Hon. Matthew F. Leitman

PRSUS INC,

    Defendant.
_____/

## ORDER OF CONTEMPT

This matter having come on for hearing before this Court on September 26, 2023, based upon Plaintiffs' Motion for Contempt in which it asked this Court for entry of an order of civil contempt, pursuant to Fed. R. Civ. P. 70(d), against the Defendant PRSUS, Inc. and its President, Alec Altman, the Court finds as follows:

1.    On February 6, 2023, this Court issued a Judgment for Plaintiffs in favor of Plaintiffs and against Defendant PRSUS, Inc.

2. The Judgment found that "Defendant PRSUS Inc is contractually obligated to the Cement Masons' Funds pursuant to the collective bargaining agreements it entered into with the Cement Masons Union".

3. The Judgment further ordered Defendant to " . . . to specifically perform according to the provisions of such collective bargaining agreements" and, upon request " . . . to submit to the Cement Masons' Funds any and all books and records needed by the Cement Masons' Funds to determine the amount of its indebtedness."

4. On February 7, 2023, Counsel for Plaintiffs served Alec Altman, defendant's President, with a copy of the aforesaid Judgment and asked that defendant comply with the Judgment by submitting to the undersigned's attention, as soon as possible, missing reports and contributions for the work done by PRSUS in the State of Michigan in 2021 and 2022.

5. Defendant did not submit any of the reports and contributions for work done by PRSUS in the State of Michigan in 2021 and 2022.

6. In response, Plaintiffs filed this Motion for Contempt on May 17, 2023.

7. On August 8, 2023, this Court issued a Notice of Hearing for September 26, 2023 on the Motion for Contempt and an Order (1) Directing Defendant's President, Alec Altman, To Personally Appear for Motion Hearing on Plaintiffs' Motion for Contempt and (2) Directing Plaintiffs to Serve Motion, Notice of Hearing, and this Order on Defendant and Altman.

8.     Plaintiffs served the Motion, Notice of Hearing, and Order on Defendant and Altman as directed by the Court, and filed a Certificate of Service of same.

9.     Alec Altman did not respond to this Order in any way and did not appear at the September 26, 2023 hearing.

**WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1.     Defendant PRSUS, Inc. and Alec Altman, its President, are in contempt of this Court for having failed or refused to comply with this Court's February 6, 2023 Judgment;

2.     Alec Altman is in contempt of this Court for having failed or refused to comply with this Court's August 8, 2023 Order directing him to personally appear for the September 26, 2023 hearing on Plaintiffs' Motion for Contempt;

3.     Defendant PRSUS, Inc. and Alec Altman, its President are ordered to purge themselves of such contempt by submitting to Counsel for Plaintiffs, within one week of the date of that Order is served upon them, reports and contributions for the work done by PRSUS in the State of Michigan in 2021 and 2022;

4.     Defendant's and/or Alec Altman's failure to comply with this Order may result in additional sanctions, including incarceration.

5. Plaintiffs are awarded against Defendant PRSUS, Inc. and Alec Altman, the reasonable costs and attorneys fees incurred by them in bringing this Motion for Contempt and shall submit to the Court an affidavit of same.

6. Plaintiffs' counsel shall serve this Order on PRSUS, Inc. and Alec Altman by personal service and shall file on the Court's docket a certificate of proof of service confirming this service and its date.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 28, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126