UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of
CEMENT MASONS' PENSION TRUST FUND -
DETROIT & VICINITY; BRICKLAYERS &
TROWEL TRADES INTERNATIONAL PENSION FUND;
CEMENT MASONS' VACATION & HOLIDAY TRUST
FUND - DETROIT & VICINITY; BAC OF MICHIGAN
HEALTH & WELFARE FUND; BRICKLAYERS
& TROWEL TRADES INTERNATIONAL
RETIREMENT SAVINGS PLAN; and BRICKLAYERS
INTERNATIONAL MASONRY INSTITUTE,

    Plaintiffs,

v.

    Case No. 22-cv-11600
    Hon. Matthew F. Leitman

PRSUS INC,

    Defendant.
_____/

## ORDER AWARDING FEES AND COSTS

On September 28, 2023, the Court entered Order of Contempt (ECF No. 20) against Defendant PRSUS, Inc. and Alec Altman. That order awarded to Plaintiffs their reasonable costs and attorneys fees incurred in bringing the Motion for Contempt. (*See id*.) The order further directed Plaintiffs to submit to the Court an affidavit that set forth the costs and fees they incurred in bringing the Motion for Contempt.

1

Plaintiffs have submitted the Affidavit of George H. Kruszewski (ECF No. 21) which sets forth the costs and fees they incurred in bringing the Motion for Contempt. Having reviewed the affidavit, the Court determines that the costs and fees are reasonable. Accordingly, Defendant PRSUS, Inc. and Alec Altman shall pay Plaintiffs $1,851.00 by not later than November 17, 2023.

Plaintiffs shall serve this order on PRSUS, Inc. and Altman by both certified mail and ordinary mail by not later than October 17, 2023, and shall file a proof of service on the docket confirming such service.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 10, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 10, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126